Summary of Plan — Use for Original and Amended Plans

Debtor(s): Russell & Melissa Johnson  Case No. 14-81033  Dated: 09/01/14

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee | Monthly Interest Factor | Additional Interest due to payment not beg. in month 1 | Amount of Claim | Uns. Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2013 Chevrolet | Security State Bank | $19,255.00 | Ending: 3478 | 6.9540% | 1 | 49 | $455.14 | Trustee | 49 | $22,301.84 | 0.005795 | $111.58 | $19,255 | $0 |
| I.A. | 2001 Chevy Pickup | Security State Bank | $4,500.00 | Ending: 7471 | 8.0000% | 1 | 49 | $108.67 | Trustee | 49 | $5,325.06 | 0.006667 | $30.00 | $31,100 | $26,600 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | $0 |
| II.A. | 12082 N.S. 3860 Rd. Wewoka, OK | Security State Bank | $106,000.00 | Ending: 8997 | Contract | 1 | 60 | $918.60 | Trustee | 60 | $55,116.00 | | | Total Uns. Amt. | $26,600 |
| II.B. | 10282 N.S. 3860 Rd. Wewoakl, OK | Security State Bank | $5,000.00 | Ending: 8997 | | 1 | 49 | $102.04 | Trustee | 49 | $5,000.00 | 0.000000 | 0.00 | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | | | | |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| II.B. | | | $0.00 | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| II.B. | | | $0.00 | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 | 0.000000 | 0.00 | | |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 | | | | |
| IV.A. | Attorney Fees | | | 2613 | | | | | Trustee | | $2,613.00 | | | | |
| IV.B. | Taxes | IRS | | | | | | | Trustee | | $6,600.00 | | | | |
| IV.B. | Taxes | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| IV.B. | | | | | | | | | Trustee | | | | | | |
| Total | | | | | | | | | | | $96,955.90 | | | | |

Class V Executory Contracts:

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | Paid By | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 1 | 60 | $1,820.00 | Debtor | 60 | $109,200.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |

TOTAL AMOUN... $109,200.00
Trustee Fee (10... $10,920.00
Total paid to Cl... $96,955.90
Amount to be pa... $0.00
Amount by which plan is not feasible (If positive then plan is feasible). $1,324.10

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:
Monthly Net Disposable Income: (Form 22C, L. 59)
Disposable Income to Unsecured Creditors Amount (DITUC): $0.00

Amount available to all Creditors under Chapter 7:
Total Priority Claims: $6,600.00
Chapter 7 Test Amount: $0.00

Greater of Below Median DITUC or Chapter 7 Test Amount: $0.00
Greater of Above Median DITUC or Chapter 7 Test Amount: $0.00

Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): $0.00
(Must be more than Greater of DITUC or CH 7 Test)

Amount to Class IV.C. Claims: $0.00

Estimated Payment to Unsecured Creditors:
Class IV.C. Claims per Sch. F  $45,757
Claims Relegated to Class IV.C.  $26,600
Total Class IV.C. (Non-Priority Unsecured) Claims  $72,357
Required Amount to Class IV.C. Claims  $0.00
Estimated Percentage to Class IV.C. Claims:  0.00%

BELOW MEDIAN DISPOSABLE INCOME CALCULATION:  $65,520.00
Amount paid in months 1 to 36 by Debtor: $65,520.00  $0.00
Less Trustee Fee: $6,552.00  $0.00
Less payments to Creditors: $96,955.90
Net to Class IV.C Claims: $0.00

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |
| | |



Form SP Post-Act 07012011 (for Plan form 07-01-2011)