IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Russell & Melissa Johnson, | ) Case No. 14-81033 |
| | )      (Chapter 13) |
| | ) |
| Debtors. | ) |

### APPLICATION TO CONTINUE CONFIRMATION HEARING

COME now the Debtors, Russell & Melissa Johnson, by and through counsel, James E. Palinkas, and hereby state:

1. That the Debtors have appeared at their regularly scheduled section 341 hearing, but that they had to correct the past 5-years of income tax returns.

2. That the debtors have corrected the past 5-years tax returns and submitted the same to the IRS, the OTC and the Chapter 13 Trustee, but the government has yet to file amended claims and the debtor will need to file an amended Plan summary pursuant thereto.

3. That the debtors' case is currently set for confirmation on December 11, 2014 at 10:00 a.m., but that the case is not confirmable at this time.

4. That Debtor's counsel has consulted with Ric Warren at the Chapter 13 office about this requested continuance.

4. That the Debtors respectfully request that the confirmation hearing in this case be continued to the February 5, 2015 docket at 10:00 a.m.

WHEREFORE, premises considered, the Debtors pray for an order continuing their confirmation hearing to February 5, 2015 at 10:00 a.m.